1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT

9                           EASTERN DISTRICT OF CALIFORNIA

10

11   MARIO MARTINEZ,                            1:10-cv-01192 LJO DLB (HC)

12            Petitioner,
                                                ORDER DENYING MOTION FOR
13        vs.                                   APPOINTMENT OF COUNSEL

14   J.F. SALAZAR,
                                                (DOCUMENT #15)
15            Respondent.

16   _____/

17        Petitioner has requested the appointment of counsel.  There currently exists no

18   absolute right to appointment of counsel in habeas proceedings.  See, e.g., Anderson v. Heinze,

19   258 F.2d 479, 481 (9th Cir. 1958); Mitchell v. Wyrick, 727 F.2d 773, 774 (8th Cir. 1984).

20   However, Title 18 U.S.C. § 3006A(a)(2)(B) authorizes the appointment of counsel at any stage

21   of the case if "the interests of justice so require."  See Rule 8(c), Rules Governing Section 2254

22   Cases.  In the present case, the Court does not find that the interests of justice require the

23   appointment of counsel at the present time.  Accordingly, IT IS HEREBY ORDERED that

24   Petitioner's request for appointment of counsel is denied.

25        IT IS SO ORDERED.

26     Dated:   **August 24, 2010**              _____/s/ **Dennis L. Beck**_____
                                                 UNITED STATES MAGISTRATE JUDGE
27

28